UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24267

DR. MELISSA SELINGER,

      Plaintiff,

vs.

KIMERA LABS, INC., a Florida corporation; DR. DUNCAN ROSS; and ALEXANDER JELINEK,

      Defendants.
_____/

## AMENDED NOTICE OF TAKING AUDIO-VIDEO DEPOSITION OF RAJ JAYASHANKAR

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1), Federal Rules of Civil Procedure, Defendant Kimera Labs Inc will take the deposition of Raj Jayashankar on the following date, time, and location:

| Date | Time | Location |
| --- | --- | --- |
| **November 15, 2021** | **3:00 p.m.** | https://ucrinc.zoom.us/j/83990944341?pwd=aVFiZS9La1I5UERhdVRTVzN4dUJKdz09<br><br>Meeting ID: 839 9094 4341<br><br>Passcode: 063372 |

This amended notice changes the date and time for the deposition from what had been originally scheduled, November 19, 2021 at 2:30 p.m. The deposition will be conducted over the internet using the Zoom platform, and will be recorded by audiovisual and stenographic means before Universal Court Reporting, a Notary Public and videographer. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery or for such other purposes as are permitted under the applicable Federal Rules of Civil

1

Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by means of email on November 10, 2021 to all counsel of record, including Plaintiff's counsel, Adam Schwartzbaum, Esq. at adams@moskowitz-law.com, and Marc Burton, Esq. at mburton@theburtonfirm.com, counsel for Co-Defendants, John Weinberg, weinberglawpa@gmail.com, and Dr. Duncan Ross, Bernard Egozi at begozi@egozilaw.com and Yuval Manor at ymanor@egozilaw.com.

      Respectfully submitted,

      Mavrick Law Firm
      Attorneys for Defendant Kimera Labs Inc
      Fort Lauderdale, Florida 33311
      Suite 300
      Telephone: (954) 564-2246
      Peter T. Mavrick, Esq.
      E-mail: peter@mavricklaw.com
      Elizabeth O. Hueber, Esq.
      E-mail: elizabeth@mavricklaw.com

      BY: /s/ Elizabeth Olivia Hueber
      Peter T. Mavrick
      Florida Bar No.: 0083739
      Elizabeth O. Hueber
      Florida Bar No.: 0073061