UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24267-GAYLES/TORRES

**DR. MELISSA SELINGER**,

      Plaintiff,

v.

**KIMERA LABS INC., a Florida Corporation, DR. DUNCAN ROSS, and ALEXANDER JELINEK**,

      Defendants.

_____/

**ORDER**

      **THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") [ECF No. 235] regarding Defendant Kimera Labs Inc's Motion to Dismiss [ECF No. 119] and Defendant Alexander Jelinek's Motion to Dismiss [ECF No. 120], (collectively, the "Motions"). The action was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 163]. On January 3, 2022, Judge Torres issued his Report recommending that the Motions be denied. No party has filed objections to the Report.

      A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific

objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

Having reviewed the Report, the Court finds no clear error and agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motions be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 235], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2. Defendant Kimera Labs Inc's Motion to Dismiss Plaintiff's Amended Verified Complaint, [ECF No. 119], is **DENIED**.

3. Defendant Alexander Jelinek's Motion to Dismiss Counts of Plaintiff's Amended Complaint and Incorporated Memorandum of Law, [ECF No. 120], is **DENIED**.

4. Defendants shall amend their answers to incorporate defenses to Counts XV and XVII of the Amended Complaint within fourteen (14) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of January, 2022.

---
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE